McNaughton, Kelley P519866
Name and Prisoner/Booking Number

Estrella Jail          A401
Place of Confinement

2939 W. Durango
Mailing Address

Phoenix, AZ   85009
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

```
     FILED    ____ LODGED
____ RECEIVED ____ COPY

      JUN 1 1 2010

  CLERK U S DISTRICT COURT
    DISTRICT OF ARIZONA
BY_____ P DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Kelley Ceil McNaughton,
(Full Name of Plaintiff)
                      Plaintiff,

vs.

(1) Maricopa County Sheriff / Joseph Arpaio,
(Full Name of Defendant)

(2) Dr. Joesph Franzetti

(3) _____

(4) _____
                      Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV-10-1250-PHX-DGC-LOA
(To be supplied by the Clerk)

Jury Demand

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: Estrella Jail / Phoenix, Arizona

Revised 3/9/07                                   1                                          550/555

**PLEASE READ INSTRUCTIONS PRIOR TO FILLING OUT FORMS.
INSTRUCTIONS ARE IN BACK OF THIS PACKET**

## B. DEFENDANTS

1. Name of first Defendant: **Joseph Arpaio/MCSO**. The first Defendant is employed as: **Maricopa County Sherriff** (Position and Title) at **All MCSO Facilities** (Institution)

2. Name of second Defendant: **Dr. Joseph Franzetti**. The second Defendant is employed as: **Rule 11 Competency Eval. Phyciatrist** (Position and Title) at **Estrella Jail – (Court App't)** (Institution)

3. Name of third Defendant: **None**. The third Defendant is employed as: _____ (Position and Title) at _____ (Institution)

4. Name of fourth Defendant: **None**. The fourth Defendant is employed as: _____ (Position and Title) at _____ (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   ☒ No

2. If yes, how many lawsuits have you filed? **0**. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: **N/A** v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   b. Second prior lawsuit:
      1. Parties: **N/A** v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: **N/A** v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: Sexual misconduct by a State (county) Employee, and a Civil-Actor.

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: Sexual Misconduct (PREA),

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   (1) Joseph Arpaio/Maricopa County Sherriff runs the Estrella Jail, and therefore holds the original location where sexual misconduct took place. He and his acting Deputy's failed to keep me safe during this interview.
   (2) Dr. Joseph Tranzetti is a medically-contracted, Board Certified Phyciatrist, who was court-appointed by Phoenix Superior Court, to do Rule 11, Competency Evaluation. During this evaluation on August 25, 2009, He made several different sexually-advanced passes. at one point, Dr. Tranzetti moved closer, as He asked me to slid down lower on my chair... he then was rubbing my vagina with his knee, and touching my vagina - I tried to stop this, yet - he continued. I was handcuffed, and extremely vulnerable - very intimated, as this evaluation made a crucial impact in my ability to trust staff.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). To this Day, I cannot even speak to a male physician; I am angry and have nightmares - The staff has retaliated when I disclosed this information to them, I now take Physco-tropic medication in order to suppress this horrible incident.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count I?  ☐ Yes  ☒ No  N/A
   c. Did you appeal your request for relief on Count I to the highest level?  ☐ Yes  ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. I requested a grievance and was told I could not grieve this incident.

## COUNT II

1. State the constitutional or other federal civil right that was violated: __N/A__

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   N/A

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   N/A

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☐ No
   b. Did you submit a request for administrative relief on Count II? ☐ Yes ☐ No
   c. Did you appeal your request for relief on Count II to the highest level? ☐ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. __N/A__

## COUNT III

1. State the constitutional or other federal civil right that was violated: __N/A__

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what each **Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   N/A

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   N/A

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☐ No
   b. Did you submit a request for administrative relief on Count III? ☐ Yes ☐ No
   c. Did you appeal your request for relief on Count III to the highest level? ☐ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. __N/A__

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

...

### E. REQUEST FOR RELIEF

State the relief you are seeking: I AM respectfully requesting a fair trial — in order to insure that DR. Franzetti DOES not continue this behavior on anyone else. I have suffered a great deal of mental Post Traumatic Stress. I JAM receiving special counseling due to this, and I find this extremely depressing, and horrible for me to experience.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __JUNE 4, 2010__
               DATE

_____
SIGNATURE OF PLAINTIFF

__(SELF)__
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

__N/A__
(Signature of attorney, if any)

__N/A__
(Attorney's address & telephone number)

### ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

# MARICOPA COUNTY SHERIFF'S OFFICE
# JOSEPH M. ARPAIO SHERIFF

## CERTIFICATION

I hereby certify that on this date ___June 8, 2010_____,

I ____ filed __√__ mailed the original and one (1) copy to the Clerk of the United States District Court, District of Arizona.

I further certify that copies of the original have been forwarded to:

____  Hon _____United States District Court, District of Arizona.

____  Hon _____United States District Court, District of Arizona.

____  Attorney General, State of Arizona.

____  Judge, _____, Superior Court, Maricopa County, State of Arizona.

____  County Attorney_____, Maricopa County, State of Arizona,

____  Public Defender _____, Maricopa County, State of Arizona.

____  Attorney _____

____  _____


_____
INMATE LEGAL SERVICES
Maricopa County Sheriff's Office
201 S. 4th Avenue
Phoenix, AZ 85003

Cert6                                                                                   06/02/08

P599866

MARICOPA COUNTY SHERIFF'S OFFICE
INMATE LEGAL SERVICES
201 S. 4th AVENUE
PHOENIX, AZ 85003



$ 01.73
MAILED FROM ZIPCODE 85003

**RECEIVED**

JUN 1 1 2010

RICHARD H. WEARE, CLERK
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

U.S. District Court Clerk
U.S. Courthouse, Suite 321
401 W. Washington Street, SPC 10
Phoenix, AZ  85003

N.C.