UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
Phoenix

| | | |
|---|---|---|
| Kelley Ceil McNaughton | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | Case No.: 2:10–cv–01250–DGC ––LOA |
| | ) | NOTICE OF ASSIGNMENT |
| | ) | |
| Joseph M Arpaio, et al. | ) | |
| Defendant. | ) | |

## NOTICE OF ASSIGNMENT

On 6/11/10 , Plaintiff filed a pro se Complaint which has been assigned the case number listed above. This case has been assigned to District Court Judge David G Campbell and has been referred to Magistrate Judge Lawrence O Anderson (PS) and the Court's Legal Staff. When any action is taken in this case, you will be notified by Court order.

Richard H. Weare

District Court Executive/Clerk

cc: Plaintiff

WARNING!

Failure to comply with the following rules will result in your document being STRUCK and/or your case being DISMISSED:

(1) You must file a Notice of Change of Address if your address changes.
(2) You must correctly label any further documents with the above assigned caption and case number. LRCiv 7.1(a).
(3) You must sign your name and date every document you file. FED. R. CIV. P. 11
(4) You must provide an original and one copy of any document to be filed.(if you request a conformed copy, you must provide an original and two (2) copies). LRCiv 5.4
(5) You must mail copies of every document you file to all respondents or their attorneys, FED. R. CIV. P. 5(a), and every document you file must include a certificate stating the date a copy of the document was mailed to respondents or their attorneys.