KEITH M. KNOWLTON, L.L.C.
9920 S. Rural Road, Suite 108
PMB# 132
Tempe, Arizona 85284-4100
(480) 755-1777
FAX (480) 471-8956
Attorney for Debtors
Keith M. Knowlton - SBN 011565
keithknowlton@msn.com

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Kelley Ceil McNaughton, | Case No:  CV-10-1250-PHX-DGC (LOA) |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE** |
| Joseph Arpaio, et at, | |
| Respondents. | |

NOTICE IS HEREBY GIVEN, that Keith M. Knowlton is appearing in this case on behalf of Plaintiff and will be representing Plaintiff in the above captioned matter.  Notice of all matters should be sent to Keith Knowlton at the address set forth above.

DATED this 20th day of September, 2010.

KEITH M. KNOWLTON, L.L.C.

/s/ Keith Knowlton
By: _____
Keith M. Knowlton
Attorney for Debtors

1
2

Original filed with the Court by ECF
this 20th day of September, 2010.

3

/s/ Keith Knowlton

4

_____

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26