IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Kelley Ceil McNaughton, | ) | No. CV-10-1250-PHX-DGC (LOA) |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Joseph Arpaio, et al., | ) | |
| Defendants. | ) | |

Upon consideration of this matter and for good cause shown,

**IT IS HEREBY ORDERED** that the Joint Motion for Extension of Time for Plaintiff to Respond to Defendants Maricopa County, MCSO and Deputy Perez' Motion for Judgment on the Pleadings, doc. 29, is **GRANTED**.

**IT IS FURTHER ORDERED** that the deadline for Plaintiff to file a response to Defendants Maricopa County, MCSO and Deputy Perez' Motion for Judgment on the Pleadings, doc. 26, is extended to **December 17, 2010.**

DATED this 7th day of December, 2010.

*Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge