KEITH M. KNOWLTON, L.L.C.
9920 S. Rural Road, Suite 108
PMB# 132
Tempe, Arizona 85284-4100
(480) 755-1777
FAX (480) 471-8956
Attorney for Debtors
Keith M. Knowlton - SBN 011565
keithknowlton@msn.com

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Kelley Ceil McNaughton,<br><br>           Plaintiff,<br>v.<br><br>Maricopa County, et at,<br><br>           Respondents. | Case No: CV-10-1250-PHX-DGC (LOA)<br><br>**NOTICE OF SETTLEMENT WITH DEFENDANTS MARICOPA COUNTY, MCSO, SHERIFF ARPAIO AND DEPUTY PEREZ'S** |

Notice is hereby given that Plaintiff Kelley McNaughton has entered into a settlement agreement with Defendants Maricopa County, Maricopa County Sheriff's Office ("MCSO"), Sheriff Arpaio and Deputy Perez (collectively the "Maricopa County Defendants"). The parties will be filing a separate Motion to Dismiss with the appropriate order. This leaves Dr. Franzetti as the sole remaining Defendant.

DATED this 17th day of December, 2010.

KEITH M. KNOWLTON, L.L.C.

/s/ Keith Knowlton
By: _____
Keith M. Knowlton
Attorney for Plaintiff

Original filed with the Court by ECF
and a copy sent by ECF this 17th day of
December, 2010, to the following:

Laurence G. Tinsley, Jr., Esq.
Maricopa County
Office of General Litigation Services
Maricopa County Administration Building
301 West Jefferson Street, Suite 3200
Phoenix, Arizona 85003
Attorney for Maricopa County Defendants

Michael E. Bradford, Esq.
Bradford Law Offices, PLLC
4131 N. 24th St., Ste C-201
Phoenix, Arizona 85016-6256
Attorney for Dr. Franzetti

Maria R. Brandon, Esq.
Maricopa County
Office of Special Litigation Services
234 N. Central Ave., Ste 4400
Phoenix, Arizona 85004
Attorney for Defendant Arpaio

/s/ Keith Knowlton
_____

- 2 -