```
___ FILED        ___ LODGED
___ RECEIVED     ___ COPY

       JAN 2 1 2011

CLERK U S DISTRICT COURT
   DISTRICT OF ARIZONA
BY_____ S  DEPUTY
```

(V 10-1250 PHX



```
Court Name: United States District Court
Division: 2
Receipt Number: PHX105609
Cashier ID: anealy
Transaction Date: 01/20/2011
Payer Name: MARICOPA COUNTY SHERIFFS OFF
IC
----------------------------------
PLRA FILING AND APPEAL FEE(S)
 For: KELLEY CEIL MCNAUGHTON
 Case/Party: D-AZX-2-10-CV-001250-001
 Amount:      $62.58
----------------------------------
CHECKS
 Check/Money Order Num: 9331
 Amt Tendered:  $62.58
----------------------------------
Total Due:      $62.58
Total Tendered: $62.58
Change Amt:     $0.00


A fee of $45 will be assessed on
all returned remittances.
```